In the Matter of the Application of the GUARANTY TRUST COMPANY OF NEW YORK, as Executor, etc., of EDNA B. MOORE, Otherwise Known as EDNA B. TWEEDY, Deceased, for a Decree, etc. RAYMOND W. MOORE, Appellant; GUARANTY TRUST COMPANY OF NEW YORK, as Executor, etc., Petitioner, Respondent; ALICE T. CRUNDEN, Respondent.— Decree unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ. [165 Misc. 683.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL AARON, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

JOHN L. HOFFMAN, as Acting Superintendent of Institution for Male Defective Delinquents, Napanoch, New York, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously modified by increasing the judgment to the sum of $248.25, with interest, and as so modified affirmed. No opinion. Settle order on notice. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ. [163 Misc. 202.]

ANTHONY M. PALERMO, Respondent, v. MYER PRODUCTS, INC., Appellant, ALFRED SCHNEIER COMPANY, INC., Respondent, HIGHLAND DAIRY CO., INC., and Others, Defendants.— Judgment, so far as appealed from, and the order, unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

ADELINE GOLDMAN, Appellant, v. SAMUEL SILVER and HARRY TASHMAN, Respondents.— Judgment and order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict was inadequate. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

MINNIE BECK, Administratrix, etc., of ANDREW H. BECK, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN WILLIAMS (Correct Name JOHN LUCAS), Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SYLVESTRO, Appellant.— Judgment unanimously affirmed. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

HERAMI GARAGE REALTY CORP., Respondent, v. CHARLES M. SIEGEL and Others, Appellants, Impleaded with Another, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

ROSE BURBILL and DAVID BURBILL, Appellants, v. THE GREATER NEW YORK TAXPAYERS MUTUAL INSURANCE ASSOCIATION, Respondent.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

GEORGE H. LEIGH, Respondent, v. LOUIS R. WASEY and JAMES C. KENNEDY, JR., Appellants, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defend-

ants-appellants to answer within twenty days after service of order upon payment of said costs and the ten dollars motion costs awarded at Special Term. No opinion. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.